United States Bankruptcy Court
District of Colorado

In re:                                                                    Case No. 18-10417-TBM
Jesus A. Perez                                                            Chapter 7
Annamarie A. Johnson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1082-1          User: oneillv              Page 1 of 1              Date Rcvd: Jun 05, 2018
                              Form ID: pdf904            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.
db/db          Jesus A. Perez,    Annamarie A. Johnson,    8265 Clifton Dr,    Colorado Springs, CO  80920-8063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2018 at the address(es) listed below:
              Kevin P. Kubie    Co28@ecfcbis.com,  kari@kubielaw.com
              Kevin P. Kubie    on behalf of Trustee Kevin P. Kubie Co28@ecfcbis.com,  kari@kubielaw.com
              Matthew  Hansen    on behalf of Debtor Jesus A. Perez matthew.hansen@swiftlaw.net,
               HansenMR72215@notify.bestcase.com;cris@swiftlaw.net
              Matthew  Hansen    on behalf of Debtor Annamarie A. Johnson matthew.hansen@swiftlaw.net,
               HansenMR72215@notify.bestcase.com;cris@swiftlaw.net
              Patti H Bass    on behalf of Creditor    United Consumer Financial Serv ecf@bass-associates.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 6

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLORADO

| | |
|---|---|
| In Re | ) |
| | ) Case No: 18-10417-TBM |
| Perez, Jesus A. | ) Chapter 7 |
| Johnson, Annamarie A. | ) |
| Debtor(s) | ) |
| | ) |
| | ) |

**ORDER APPROVING COMPROMISE AND SETTLEMENT**

**THIS MATTER** comes before the Court upon Trustee's Motion to Approve Compromise and Settlement. It appears that the Motion has been properly noticed pursuant to Local Rule 202 and that no timely objections have been filed. The Court has reviewed the Motion. It appears to the Court that the compromise is appropriate in this matter. Therefore, being fully advised of the premises, it is:

**ORDERED** that:

(1)   The Trustee's Motion for Approval of the Compromise and Settlement is granted.

Dated: June 5, 2018

BY THE COURT:

*Thomas B. McNamara*
U.S. Bankruptcy Court Judge