# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO
# DENVER DIVISION

In re: )
)
PEREZ, JESUS A. ) Case No. 18-10417-TBM
JOHNSON, ANNAMARIE A. ) Chapter 7
)
Debtor(s) )

---

## REPORT OF SALE
---

COMES NOW Kevin P. Kubie, Trustee, in the above-mentioned proceeding and states as follows:

1. On June 5, 2018, the Trustee received the Order granting the Motion to Approve Compromise and Settlement for non-exempt assets. Debtors made payments of $610.10 and all payments have been made totaling $4,270.57.

DATED  March 20, 2019.

/s/ Kevin P. Kubie
Kevin P. Kubie, #2726
Chapter 7 Trustee
Attorney at Law, P.O. Box 8928
Pueblo,, CO 81008-8928
(719) 545-1153
Email: kevin@kubielaw.com